# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2014

## NO. 03-13-00646-CV

**C. L. J. and T. P., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**REVERSED AND RENDERED -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the decree signed by the trial court on September 11, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's decree. Therefore, the Court reverses the trial court's decree and renders judgment that the evidence is insufficient to support the termination of appellants' parental rights. Appellee shall pay all costs of the appeal both in this Court and the court below.